STATE OF NORTH CAROLINA v. TYRONE SPRINGS

No. 7226SC711

(Filed 22 November 1972)

**Robbery § 4— armed robbery — sufficiency of evidence to withstand nonsuit**
> There was sufficient evidence to overrule defendant's motion for nonsuit in a robbery case where the evidence tended to show that defendant and two others entered a clothing store, that defendant

held a gun on the assistant manager of the store while an accomplice informed him that "this is a hold up" and that defendant and his accomplices took clothing from the store and money from the assistant manager and the cash register.

APPEAL by defendant from *McLean, Judge,* 17 April 1972 Session of Superior Court held in MECKLENBURG County.

Defendant Tyrone Springs was tried on a bill of indictment, proper in form, charging him with the armed robbery of Jeffrey R. Gresko on 9 February 1972.

Upon the defendant's plea of not guilty, the State offered evidence tending to show that the defendant, with two other men, entered the "Pants East" clothing store on North Tryon Street in the City of Charlotte at about 8:30 p.m. on 9 February 1972. At that time, Jeffrey R. Gresko, the assistant manager, and Rebecca Padgett, a clerk, were in the store alone. The defendant was wearing a green jacket with a hood pulled over his head. One of the men was wearing a red ski mask. The smallest of the three men asked the assistant manager to show him some pants. While the defendant was standing behind Gresko, pointing a gun at him, the smallest of the three men pulled out a gun, aimed it at Gresko, and stated "This is a hold-up." Gresko and Miss Padgett were then taken to the back of the store, bound and gagged and made to lie on the floor. After taking $42.00 from Gresko's wallet, $240.00 from the cash register, 126 pairs of pants and 100 knit tops, the three men left the store.

The defendant offered evidence tending to establish an alibi.

The defendant was found guilty of armed robbery. From a judgment imposing a prison sentence of twenty-five years, defendant appealed.

*Attorney General Robert Morgan and Associate Attorney Ann Reed for the State.*

*Frank H. Walker for defendant appellant.*

HEDRICK, Judge.

The defendant assigns as error the denial of his timely motions for judgment as of nonsuit. There was ample evidence to require submission of this case to the jury and to support the verdict.

Assignments of error one, two and four relate to the admission and exclusion of testimony. We have carefully examined each exception upon which these assignments of error are based and find them to be without merit.

The defendant's trial in the Superior Court was free from prejudicial error.

No error.

Judges VAUGHN and GRAHAM concur.